LMB/as

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00-6167-CR-DIMITROULEAS**

26 U.S.C. § 7206(1)
18 U.S.C. § 2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,    )
                             )
vs.                          )
                             )
JAMES STAHL                  )
_____)



## INFORMATION

The United States Attorney charges that:

On or about October 21, 1996, at Broward County, in the Southern District of Florida and elsewhere, the defendant,

### JAMES STAHL

a resident of Delray Beach, Florida, did willfully make and subscribe and cause to be made and subscribed a Form 1040, United States Individual Income Tax Return (including accompanying schedules), for the calendar year ended December 31, 1995, which was verified by a written declaration that it was made under penalties of perjury and which was filed with the Internal Revenue Service, which said return the defendant did not believe to be true and correct as to every material matter, in that the defendant reported on said return that defendant and Cynthia Stahl received $69,623.00 in gross income for the calendar year ended December 31, 1995, whereas, as

- 1 -

the defendant then and there well knew and believed, defendant and Cynthia Stahl had understated their gross income for the calendar year ended December 31, 1995, by $92,089.00, in violation of Title 26, United States Code, Section 7206(1) and Title 18, United States Code, Section 2.

GUY A. LEWIS
UNITED STATES ATTORNEY

LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**     CASE NO. _____

v.                               **CERTIFICATE OF TRIAL ATTORNEY***

JAMES STAHL
_____        **Superseding Case Information:**

**Court Division:** (Select One)     New Defendant(s)      Yes ____   No ____
                                     Number of New Defendants  ____
___ Miami  ___ Key West              Total number of counts    ____
_X_ FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act. Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) __No__
   List language and/or dialect  __English__

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I     0 to 5 days        __X__        Petty      _____
   II    6 to 10 days       _____        Minor      _____
   III   11 to 20 days      _____        Misdem.    _____
   IV    21 to 60 days      _____        Felony     __X__
   V     61 days and over   _____

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No  If yes, was it pending in the Central Region? _X_ Yes ___ No

                                   _____
                                   LAURENCE M. BARDFELD
                                   ASSISTANT UNITED STATES ATTORNEY
                                   Court Bar No. 712450

*Penalty Sheet(s) attached                                    REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __JAMES STAHL__          No.:_____

Count #I:

Filing a False and Fraudulent Tax Return; in violation of 26 U.S.C. 7206(1).

*Max Penalty:   3 years' maximum imprisonment; $100,000 fine

Count #

*Max Penalty:

Count #

*Max Penalty:

Count #

*Max Penalty:

Count # :

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV 12/12/96