UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6167-CR-DIMITROULEAS

    Plaintiff,

vs.

JAMES F. STAHL,

    Defendant.
_____/

**ORDER**

THIS CAUSE having been heard upon Defendant's July 7, 2000 Waiver of PSI and

Motion for Imposition of Agreed Recommendation of Split Sentence, the Court defers ruling

until July 12, 2000 at 1:00 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

___7___ day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

L. Daniel Ferrer, Esquire
201 Alhambra Circle, #711
Coral Gables, FL 33134-5108

Laurence Bardfeld, AUSA

