DEFT: James Stahl (surrender)    CASE NO: 00-6167-CR-Dimitrouleas

AUSA: Larry Bardfeld *present*    ATTNY: Dan Ferrer *present*

AGENT:    VIOL:

PROCEEDING: Initial Appearance on Information    BOND REC: PSB

BOND HEARING HELD — yes/no    COUNSEL APPOINTED:

BOND SET @ 50,000 PSB

FILED by _____ D.C.
JUL 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
SD OF FLA. FT. LAUD.

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person. — ni WPB
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms — *turn guns to another* *by next Wednesday*
10) Curfew:
11) Travel extended to: SD/FL
12) ___ Halfway House
___ Electronic Monitoring

*reside at current address, no illegal drugs or excessive alcohol*

√ - advised of charge
√ - waives indictment

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

√ - sworn

*Plea likely*

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:    N/A

DATE: 7-12-00    TIME: 11:00am    TAPE # 00-056    PG # 10
1562-1910