AO 455(REV 5/85) Waiver of Indictment

# United States District Court

7-12-00

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

## WAIVER OF INDICTMENT

v.

JAMES STAHL

CASE NUMBER: 10-6167-CR-DIMITROULEAS

I, James Stahl, the above named defendant, who is accused of filing a false tax return, in violation of Title 26, United States Code, Section 7206(1), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __July 12, 2000__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

JAMES STAHL
Defendant

L. DANIEL FERRER
Counsel for Defendant

Before _Barry Seltzer_ 7/12/00