RECEIVED & FILED IN OPEN COURT
ON 7-12-00 AT
FLA.
Carlos Juenke, Clerk
U.S. District Court
District of Florida

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00 - 6167-CR-DIMITROULES

UNITED STATES OF AMERICA,   :

v.   :   **NOTICE OF PERMANENT**
**APPEARANCE AS COUNSEL**
James Stahl   :   **OF RECORD**

   :

COMES NOW L. Daniel Ferrer, Esq., and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: July 12, 2000

Attorney _____
Address 20 Alhambra Circle #711
City Coral Gables State FL Zip 33134
Telephone (305) 567-1720
Florida Bar No. 739570

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.