**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6167-CR-WPD   DATE: July 12, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Jonas Stahl

U.S. ATTORNEY: Jerry Bardfeld   DEFT. COUNSEL: Jonas Ferrar

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Information. Parties all agree to waive the preparation of a Pre-Sentence Investigation Report and proceed with Sentencing today.

JUDGMENT: Court accepts guilty plea.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Written plea agreement filed.

