## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00 -6167- CR-WPD   DATE: July 12, 2000

COURTROOM CLERK:  Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   _James Stahl_

U.S. ATTORNEY: _Terry Bradfield_     DEFT. COUNSEL: _James Ferrer_

REASON FOR HEARING: _Sentencing_

RESULT OF HEARING: _Sentence Imposed:_
_$100 Assessment. No Fine_
_6 months home detention followed by_
_6 months Supervised Release_

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _Deft Informed of Right to Appeal_

