FILED by
JUL 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6167-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs
James Stahl

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 7-12-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and c~~ourt-app~~ointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:             Address: See Bond

                       Telephone:

DEFENSE COUNSEL:       Name: Dan Ferrer

                       Address:

                       Telephone:

BOND SET/CO~~NTINU~~ED:    $ 50,000 PSB

Bond hearing held: yes  X   no ____ Bond hearing set for _____
Dated this  12  day of  July , 20 00 .

                       CLARENCE MADDOX, CLERK OF THE COURT,

                       By: _____
                           Deputy Clerk

                       Tape No. 00-056

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

